IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JENNIFER DUGGAN,

      Appellant,

 v.                                                                   Case No.  5D15-3168

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

      Appellee.

_____/

Opinion filed August 5, 2016

Administrative Appeal from the Reemployment
Assistance Appeals Commission.

Jennifer Duggan, Sanford, pro se.

Katie   E. Sabo, of Reemployment
Assistance   Appeals   Commission,
Tallahassee, for Appellee.


PER CURIAM.

Jennifer Duggan appeals, pro se, from a final order of the Reemployment

Assistance Appeals Commission, which affirmed a referee's decision to disqualify her

from receiving unemployment benefits.  Having carefully considered Duggan's arguments

on appeal and the record before us, we affirm.  *See, e.g., Parker v. Unemployment*

*Appeals Comm'n*, 41 So. 3d 1090, 1090 (Fla. 5th DCA 2010) ("An appeal referee's factual

determinations are ordinarily presumed to be correct . . . [and thus], if there is substantial

competent evidence in the record to support the appeal referee's findings . . . this court must affirm." (citations omitted)).

AFFIRMED.


LAWSON, C.J., SAWAYA and LAMBERT, JJ., concur.